# Exhibit 1

**District 1**

# Case Summary

**Case No. 2026L008961**

| | | | |
|---|---|---|---|
| **Jennifer Taglianetti -vs- GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.,CORELLE BRANDS ACQUISITION HOLDINGS INC., a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,MIDEA GROUP CO. LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.; ,MIDEA AMERICA CORPORATION** | § § § § | Location:<br>Judicial Officer:<br>Filed on:<br>Cook County Attorney Number: | **District 1**<br>**Calendar, R**<br>**07/29/2026**<br>**56079** |

## Case Information

Case Type: Product Liabilty - Jury
Case Status: **07/29/2026 Pending**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026L008961 |
| Court | District 1 |
| Date Assigned | 07/29/2026 |
| Judicial Officer | Calendar, R |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Taglianetti, Jennifer** | **Cesarone, Frank Vincent**<br>***Retained***<br>26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS INC., a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.** | |
| | **CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.;** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **MIDEA GROUP CO. LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

## Case Summary

**Case No. 2026L008961**

### Events and Orders of the Court

09/23/2026 **First Time Case Management** (9:30 AM) (Judicial Officer: Otto, Michael F)
Resource: Location L2208 Court Room 2208
Resource: Location D1 Richard J Daley Center

08/20/2026
Electronic Notice Sent
Party: Plaintiff Taglianetti, Jennifer
Party 2: Attorney Cesarone, Frank Vincent

08/20/2026
Electronic Notice Sent
Party: Plaintiff Taglianetti, Jennifer
Party 2: Attorney Cesarone, Frank Vincent

08/04/2026
Summons Served - Corporation/Company/Business
*Affidavit of Service on defendant Midea America Corporation*
Party: Plaintiff Taglianetti, Jennifer
*Affidavit of Service on defendant Midea America Corporation*

08/04/2026
Summons Served - Corporation/Company/Business
*Affidavit of Service on defendant Corelle Brands Acquisition Holdings*
Party: Plaintiff Taglianetti, Jennifer
*Affidavit of Service on defendant Corelle Brands Acquisition Holdings*

07/29/2026 New Case Filing

07/29/2026
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
Party: Plaintiff Taglianetti, Jennifer
Party 2: Attorney Cesarone, Frank Vincent

07/29/2026
Exhibits Filed
*Civil Action Cover Sheet*
Party: Plaintiff Taglianetti, Jennifer
Party 2: Attorney Cesarone, Frank Vincent
*Civil Action Cover Sheet*

07/29/2026
Summons Issued And Returnable
*Summons to defendant Midea America Corporation*
Party: Plaintiff Taglianetti, Jennifer
Party 2: Attorney Cesarone, Frank Vincent
*Summons to defendant Midea America Corporation*

07/29/2026
Summons Issued And Returnable
*Summons to Corelle Brands Acquisition Holdings*
Party: Plaintiff Taglianetti, Jennifer
Party 2: Attorney Cesarone, Frank Vincent
*Summons to Corelle Brands Acquisition Holdings*